UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    12-cr-79 (PKC)

       -against-

                                                    ORDER

FELIX VALERIO-RODRIGUEZ,

               Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter is scheduled for March 30, 2021 at 10:30 a.m. and will take place as a teleconference. The call-in information is:

        Dial-in:     (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       March 26, 2021