UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                     12-cr-79 (PKC)

     -against-

                                                      ORDER

FELIX VALERIO-RODRIGUEZ,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       The next proceeding in this matter is scheduled for April 20, 2021 at 1:00 p.m. and will take place as a teleconference. The call-in information is:

        Dial-in:    (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       April 15, 2021