LAW OFFICE OF
## JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-619-6742

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

June 22, 2021

**BY ECF**

Hon. P. Kevin Castel, District Judge  
United States District Court for the  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> Application granted. Sentencing adjourned to July 20, 2021 at 3:30 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 6/22/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: *United States v. Felix Valerio-Rodriguez*, 12 Cr. 79 (PKC) (VOSR).

Dear Judge Castel:

    As counsel to Felix Valerio-Rodriguez, we request that sentencing, scheduled for June 23rd at noon, be adjourned to July 20th at 3:30 p.m., a date and time at which we understand the Court is available. We have spoken with A.U.S.A. Mitzi Steiner, who consents to this request on behalf of the government.

    We make this request because the parties are trying to obtain relevant information concerning Mr. Valerio-Rodriguez' prior Massachusetts state case, which was the basis for the violation specification he admitted and for which he will be sentenced. This has been more difficult due to the age of the conviction and the retirement of the prosecutor who handled that case. We are also trying to obtain information about another matter that will be relevant to sentencing.

    Thank you for your attention to this application.

Very truly yours,

/s  
Jesse M. Siegel